# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| **ALEXIS TECHAU, Individually, and DANNISH ROBERTSON, Individually**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | **CONSENT MOTION FOR DISMISSAL**<br><br><br>Case No. 1:19-cv-00107-MAR<br><br>Honorable Mark A. Roberts |

Plaintiffs Alexis Techau, Individually and Dannish Robertson, Individually, by and through counsel Darwin Bünger, Zev T. Gershon, Randal D. Getz, and GERSHON WILLOUGHBY & GETZ, LLC, hereby file this Motion for Dismissal in the above-referenced action, and state as follows:

1. The parties have settled the above-captioned claim.

2. Counsel for Defendant has reviewed the present Motion and attached proposed order and consents to the granting of same.

WHEREBY, it is respectfully requested that this Court dismiss the pending claim with prejudice, with each side bearing its own costs, expenses, and fees, and with this Court not retaining jurisdiction over the above-captioned action, this settlement, or the United States.

Respectfully submitted,

**Gershon Willoughby & Getz, LLC**

*signature*

Zev T. Gershon, M.D., J.D.
ztg@askthelawdoc.com
Randal D. Getz, M.D., J.D.
rdg@askthelawdoc.com
25 Hooks Lane, Suite 304
Baltimore, MD 21208
Telephone: 443.394.8800
Facsimile: 443.394-2673

Darwin Bünger, Esq. (AT0001297)
DB.Esquire@outlook.com
P.O. Box 753
320 N. 3rd St., 6th Floor
Burlington, IA 52601
Telephone: 319.372.2100
Facsimile: 319.372.2200

***Attorneys for Plaintiffs Alexis Techau and Dannish Robertson***

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of GERSHON, WILLOUGHBY & GETZ, LLC, and that pursuant to Rule 5(b), Federal Rules of Civil Procedure, a true and correct copy of the foregoing **CONSENT MOTION FOR DISMISSAL** was delivered to the following this 10th day of July, 2020, by:

[ ] United States mail, via U.S. Priority Mail

[X] Electronic Mail

Jacob A. Schunk
   Jacob.Schunk@usdoj.gov
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101

Randal D. Getz, M.D., J.D.

2